IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

DON DOLAN,
an individual,

    Plaintiff,

v.

Case No.: 11-7438 Div. H

ENCORE RECEIVABLES MANAGEMENT,
INC., a foreign corporation,

    Defendant.

_____/

## PLAINTIFF'S MOTION TO TRANSFER CASE TO CIRCUIT COURT

**COMES NOW**, DON DOLAN (hereinafter, "Plaintiff"), by and through his undersigned counsel, and pursuant to Rules 1.060(a) and 1.170 (j), Fla. R. Civ. Pro., hereby moves this Court for leave to transfer this case to the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, and in support thereof states as follows:

1. On or about March 15, 2011, Plaintiff filed a Complaint against Defendant, Encore Receivables Management, Inc. ("Defendant").

2. In his Complaint, Plaintiff sought damages in an amount exceeding $5,000.00 but less than $15,000.00, exclusive of attorneys' fees and costs.

3. Plaintiff's Complaint, therefore, was filed in the County Court of the Thirteenth Judicial Circuit.

4. Subsequent to the filing of Plaintiff's Complaint, undersigned counsel learned of facts and circumstances giving Plaintiff the basis to allege a class action claim against the Defendant.

5. As such, Plaintiff's damages, on behalf of himself and others similarly situated,

now exceed $15,000.00, exclusive of attorneys' fees and costs.

6. Pursuant to Rule 1.170(j), Fla. R. Civ. P., if the demand of a claim exceeds the jurisdiction of the County Court, the County Court must transfer the action to the Court of the same county having jurisdiction of the demand.

7. This court does not have jurisdiction over actions in which damages in excess of $15,000.00 are sought. The Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida has jurisdiction over such actions.

8. Based on the amount in controversy in the Amended Complaint, this Court is required to transfer this case to the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

9. Pursuant to Rules 1.060(a) and 1.170(j), Plaintiff has deposited with the Clerk of the Circuit Court an amount sufficient to pay the Clerk's service charge.

**WHEREFORE**, Plaintiff respectfully requests that this Court transfer this action to the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.[1]

Respectfully submitted,

**LEAVENGOOD & NASH**

Ian R. Leavengood, Esq., FBN 0010167
**Christopher C. Nash, Esq., FBN 135046**
2958 First Avenue North
St. Petersburg, Florida 33713
Telephone: (727) 327-3328
Facsimile: (727) 327-3305
ileavengood@leavenlaw.com
cnash@leavenlaw.com
Attorneys for Plaintiff

---

1 A proposed Order granting the requested relief is attached.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing *Motion to Transfer Venue* and its attachments has been furnished via US Mail this 27th day of April 2011 to:

Brandee L. Bruening, Esq.
Counsel for Defendant
20 North Broadway, Suite 1800
Oklahoma City, OK 73102

_____
Attorney